FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 28, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RUSTIN NELSON,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>NATIONAL CREDIT SYSTEMS, INC.,<br><br>　　　　　　　Defendant. | NO:  2:21-CV-112-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is Plaintiff's Notice of Voluntary Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), ECF No. 5.  Having reviewed the Notice and the record, the Court finds good cause to approve dismissal.

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Notice of Voluntary Dismissal, **ECF No. 5**, is **APPROVED**.

2. Plaintiff's Complaint is dismissed **with prejudice** and without fees or costs to any party.

3. All pending motions, if any, are **DENIED AS MOOT**.

4. All scheduled court hearings, if any, are **STRICKEN**.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

1  **IT IS SO ORDERED**. The District Court Clerk is directed to enter this

2  Order, enter judgment of dismissal with prejudice, provide copies to counsel, and

3  **close this case**.

4  **DATED** May 28, 2021.

                                  _s/ Rosanna Malouf Peterson_
6                                 ROSANNA MALOUF PETERSON
                                  United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2